**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **ROSS NEELY SYSTEMS, INC.** | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | **CIVIL ACTION NO. 3:13-cv-01587-M** |
| | § | |
| **NAVISTAR, INC. and NAVISTAR** | § | |
| **INTERNATIONAL CORPORATION,** | § | |
| | § | |
| Defendants. | § | |

## UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

Comes now Plaintiff Ross Neely Systems, Inc. ("Plaintiff") and files this Unopposed Motion to Dismiss with Prejudice pursuant to FRCP 41(a)(2) (the "Motion"), and in support would respectfully show the Court the following:

Plaintiff Ross Neely Systems, Inc. hereby files its Unopposed Motion to Dismiss with Prejudice all Plaintiff's claims in the above-entitled matter pursuant to FRCP 41(a)(2), with each party bearing the costs incurred by that party.  Defendants Navistar International Corporation and Navistar, Inc. do not oppose such dismissal.

**WHEREFORE PREMISES CONSIDERED**, the Plaintiff prays that the Court grant this Unopposed Motion to Dismiss with Prejudice and grant the Plaintiff such other and further relief to which it may prove itself entitled.

Respectfully submitted,

| | |
|---|---|
| BASDEN & IVIE<br>A Professional Corporation<br><br>By:  /s/ Elizabeth Basden<br>Elizabeth Basden<br>State Bar No. 24034317<br>eli@basdenivie.com<br>John H. Ivie, III<br>State Bar No. 24032463<br>john@basdenivie.com<br>17300 Dallas Parkway, Suite 3160<br>Dallas, Texas 75248<br>(972) 381-8700 (telephone)<br>(972) 248-9405 (facsimile)<br><br>And<br><br>GRANT & EISENHOFER P.A.<br><br>Adam J. Levitt<br>Illinois State Bar No. 6216433<br>alevitt@gelaw.com<br>John E. Tangren<br>Illinois State Bar No. 6279906<br>jtangren@gelaw.com<br>30 North LaSalle Street, Suite 1200<br>Chicago, Illinois 60602<br>(312) 214-0000 (telephone)<br>(312) 214-0001 (facsimile) | LIEFF, CABRASER, HEIMANN &<br>BERNSTEIN, LLP<br><br>Kristen Law Sagafi<br>California State Bar No. 222249<br>klaw@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, California 94111-3339<br>(415) 956-1000 (telephone)<br>(415) 956-1008 (facsimile)<br><br>Jonathan D. Selbin<br>New York State Bar No. 3948684<br>jselbin@lchb.com<br>Jason L. Lichtman<br>New York State Bar No. 4966107<br>jlichtman@lchb.com<br>250 Hudson Street, 8th Floor<br>New York, NY 10013<br>(212) 355-9500 (telephone)<br>(212) 355-9592 (facsimile)<br><br>Mark P. Chalos<br>Tennessee State Bar No. 19328<br>mchalos@lchb.com<br>Kenneth S. Byrd<br>Tennessee Bar No. 23541<br>kbyrd@lchb.com<br>LIEFF, CABRASER, HEIMANN &<br>BERNSTEIN, LLP<br>150 Fourth Avenue North, Suite 1650<br>Nashville, TN 37219-2417<br>(615) 313-9000 (telephone)<br>(615) 313-9965 (facsimile)<br><br>**ATTORNEYS FOR PLAINTIFF**<br>**ROSS NEELY SYSTEMS, INC.** |

## CERTIFICATE OF CONFERENCE

 The undersigned counsel hereby certifies that she has personally conferred with opposing counsel regarding the contents of the forgoing Motion. Defendants are unopposed to Plaintiff's Motion and the relief sought herein.

                /s/ Elizabeth Basden

## CERTIFICATE OF SERVICE

 The undersigned counsel hereby certifies that a copy of the foregoing document was served on the following counsel via ECF notification on the 29th day of May, 2015 in accordance with the Federal Rules of Civil Procedure and Local Rule 5.1(d).

**VIA ECF**
Jeffrey S. Patterson
Angela Gordon
Tyler Stuart
HARTLINE DACUS BARGER DREYER LLP
8750 North Central Expressway, Suite 1600
Dallas, Texas 75231
**ATTORNEYS FOR DEFENDANTS**

                /s/ Elizabeth Basden