IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROSS NEELY SYSTEMS, INC. | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:13-cv-01587-M |
| | § | |
| NAVISTAR, INC. and NAVISTAR | § | |
| INTERNATIONAL CORPORATION, | § | |
| | § | |
| Defendants. | § | |

### ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

Before the Court is the Unopposed Motion to Dismiss with Prejudice [Docket #335]. The Motion is **GRANTED**.

**IT IS ORDERED** that all of Plaintiff's claims in the above referenced matter are dismissed with prejudice.

**IT IS ORDERED** that the Court will retain jurisdiction over any objection the parties may file to the Order filed June 1, 2015 (Doc. No. 336).

**IT IS ORDERED** that the Court retains jurisdiction regarding the documents restricted under the Protective Order and any motions to modify the Protective Order or change any restrictions.

**IT IS ALSO ORDERED** that each of the parties bear the costs incurred by that party and that no sanctions will be awarded to Plaintiff as a result of the Court's May 15, 2015 Order (Doc. No. 310).

**SO ORDERED.**

June 2, 2015.

*[signature]*
**BARBARA M. G. LYNN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**